# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-1621 JAK (MRWx) | Date | August 10, 2022 |
|---|---|---|---|
| Title | Cayalag v. Target Corp. | | |

| Present: | Hon. Michael R. Wilner, United States Magistrate Judge |
|---|---|
| James Munoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**   ORDER RE: PROTECTIVE ORDER

The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # 15.) The Court accepts and ENTERS the proposed order subject to the following:

1. ¶ 6 – Any challenge to a confidentiality designation must comply in full with the joint filing format described in Local Rule 37 for all discovery motions.

2. A party seeking to file material under seal with the Court due to the provisions of this protective order must submit an appropriate application pursuant to Local Rule of Court 79-5.1.

3. In the future, the parties are advised to consult the webpage of the assigned judges to determine whether they have a preferred base form protective order for the use of litigants. FYI, Judge Wilner's proposed order is derived from a recommendation from the Los Angeles County Bar Association's litigation section.